IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. WILLIAMS, | ) | No. C 12-2605 JSW (PR) |
| Plaintiff, | ) | **ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | ) | |
| C.D.C.R., et al., | ) | (Docket Nos. 2 & 5) |
| Defendants. | ) | |

Plaintiff's application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 is GRANTED in light of his lack of resources. The provisions of 28 U.S.C. § 1915(b)(1) for collecting partial payments of the filing fee do not apply because Plaintiff is no longer in custody.

This order terminates Docket Nos. 2 & 5.

IT IS SO ORDERED.

DATED: July 9, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. D. C. R. et al,<br><br>　　　　Defendant.　　　　　　　／ | Case Number: CV12-02605 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert L. Williams ANB-118
27724 Andrea Street
Hayward, CA 94541

Dated: July 9, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk